## Commonwealth ex rel. McCloud, Appellant, v. Rundle.

Submitted December 13, 1965. *Louis McCloud,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,*

First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee. ...
. . Order affirmed.